United States District Court
Southern District of Texas
**ENTERED**
October 07, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| Plaintiff-Respondent, | § |
| | § |
| V. | § CRIMINAL ACTION NO. H-15-44-3 |
| | § CIVIL ACTION NO. H-19-3617 |
| PEDRO HERRERA-ALVARADO, | § |
| | § |
| Defendant-Movant | § |

## ORDER

Pending before the Magistrate Judge is Defendant Pedro Herrera-Alvarado's Motion for Extension of Time to File Objections to Memorandum and Recommendation (Document No.414). In the motion, Movant requests that he be given an extension of time of thirty days, up to and including October 15, 2021, to file his objections. Movant states that because of COVID19 restrictions, he has limited movement and limited access to the law library. Movant's request is well-taken.  It is

ORDERED that Movant's Motion for Extension of Time to File Objections to Memorandum and Recommendation (Document No.414) is GRANTED.  Movant shall have until **October 15, 2021**, to file objections to the Memorandum and Recommendation.

Signed at Houston, Texas, this 7TH day of October 2021.

Frances H. Stacy
United States Magistrate Judge